1 | **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2 | Name  Woods, Robert V.
   (Last)           (First)           (Initial)

3 | Prisoner Number  F-32883

4 | Institutional Address  High Desert St. Prison; P.O. Box 3030; Susanville, CA 96127

FILED
07 OCT 10 1:47

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

(PR)

Robert Vernon Woods                          )
(Enter the full name of plaintiff in this action.)  )
                                             )
    vs.                                      )  Case No. C 07 5185 CW
                                             )  (To be provided by the clerk of court)
Wardens, CDCR, Tom Felker, Warden, High Desert )
State Prison.                                )  PETITION FOR A WRIT
                                             )  OF HABEAS CORPUS
                                             )
                                             )
                                             )
(Enter the full name of respondent(s) or jailor in this action)  )
                                             )

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

1  Who to Name as Respondent

2    You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.

6    If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11    1. What sentence are you challenging in this petition?

12      (a) Name and location of court that imposed sentence (for example; Alameda
13      County Superior Court, Oakland):
14      Santa Clara Cty. Superior Court      San Jose, CA

15      Court            Location
16      (b) Case number, if known  CC270577
17      (c) Date and terms of sentence  June 14, 2006 -- 25 years to life
18      (d) Are you now in custody serving this term? (Custody means being in jail, on
19      parole or probation, etc.)   Yes ✔  No ____
20      Where?
21      Name of Institution:  High Desert State Prison
22      Address:  P.O. Box 3030; Susanville, CA 96127

23    2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)
26  Simple possession of a minor amount of cocaine base; Health & Saf. Code, sec. 11350(a)

27
28

PET. FOR WRIT OF HAB. CORPUS    - 2 -

3. Did you have any of the following?

    Arraignment:                                    Yes ✔    No ___

    Preliminary Hearing:                    Yes ___    No ✔

    Motion to Suppress:                     Yes ___    No ✔

4. How did you plead?

    Guilty ✔    Not Guilty ___    Nolo Contendere ___

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ___    Judge alone ___    Judge alone on a transcript ___

6. Did you testify at your trial?                    Yes ___    No ✔

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment                          Yes ✔    No ___

    (b)    Preliminary hearing                 Yes ___    No ✔

    (c)    Time of plea                         Yes ✔    No ___

    (d)    Trial                                  Yes ___    No ✔

    (e)    Sentencing                            Yes ✔    No ___

    (f)    Appeal                                Yes ✔    No ___

    (g)    Other post-conviction proceeding    Yes ___    No ✔

8. Did you appeal your conviction?               Yes ✔    No ___

    (a)    If you did, to what court(s) did you appeal?

        Court of Appeal                        Yes ✔    No ___

        Year: 2007    Result: Affirmed (Appeal No. H030320)

        Supreme Court of California         Yes ✔    No ___

        Year: 2007    Result: Review denied (No. S154787)

        Any other court                         Yes ___    No ✔

        Year: _____    Result: _____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS    - 3 -

| | | petition? | Yes ✔ No ___ |
|---|---|---|---|
| | (c) | Was there an opinion? | Yes ___ No ___ |
| | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | |
| | | | Yes ___ No ✔ |

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?        Yes ___   No ✔

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

    (a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

        I.    Name of Court: _____

            Type of Proceeding: _____

            Grounds raised (Be brief but specific):

                a._____

                b._____

                c._____

                d._____

            Result: _____ Date of Result: _____

       II.   Name of Court: _____

            Type of Proceeding: _____

            Grounds raised (Be brief but specific):

|   |     |                                                  |
|---|-----|--------------------------------------------------|
| 1 |     | a._____ |
| 2 |     | b._____ |
| 3 |     | c._____ |
| 4 |     | d._____ |
| 5 |     | Result: _____ Date of Result:_____ |
| 6 | III.| Name of Court: _____ |
| 7 |     | Type of Proceeding: _____ |
| 8 |     | Grounds raised (Be brief but specific):          |
| 9 |     | a._____ |
| 10|     | b._____ |
| 11|     | c._____ |
| 12|     | d._____ |
| 13|     | Result: _____ Date of Result:_____ |
| 14| IV. | Name of Court: _____ |
| 15|     | Type of Proceeding: _____ |
| 16|     | Grounds raised (Be brief but specific):          |
| 17|     | a._____ |
| 18|     | b._____ |
| 19|     | c._____ |
| 20|     | d._____ |
| 21|     | Result: _____ Date of Result:_____ |

22  (b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                              Yes _____     No_____

24       Name and location of court: _____

25  B. GROUNDS FOR RELIEF

26       State briefly every reason that you believe you are being confined unlawfully. Give facts to
27  support each claim. For example, what legal right or privilege were you denied? What happened?
28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1 | need more space. Answer the same questions for each claim.

2 | [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3 | petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4 | 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: Arbitrary refusal to exercise state law discretion to reduce Third Strike sentence for minor drug possession, also violating due process.

Supporting Facts: The court acted arbitrarily in refusing to mitigate a 25-life term for minor drug possession for an older, newly mentally ill/homeless offender. The error deprived the defendant of fundamental fairness in state sentencing, his liberty interest in non-arbitrary exercise of discretion, and, thus of due process.

Claim Two: Imposition of 25 years to life for possession of a small amount of cocaine on an older, newly mentally ill/homeless offender was cruel and unusual punishment.

Supporting Facts: Unlike the recent US Supreme Court Three Strikes cases, imposition of 25 years to life on an older, newly mentally ill/homessless offender for pathetic possession of a small amount of cocaine found as he was seeking help from police constituted cruel and unusual punishment.

Claim Three: _____

_____

Supporting Facts: _____

_____

_____

_____

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

_____

_____

_____

_____

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:
4  <u>Ramirez v. Castro (9th Cir. 2004) 365 F.3d 755; Banyard v. Duncan (C.D. Cal. 2004) 342 F.Supp.2d</u>
5  <u>865; Solem v. Helm (1983) 463 U.S. 277; Pennsylvania v. Ashe (1937) 302 U.S. 51.</u>
6  _____

7  Do you have an attorney for this petition?                          Yes____   No ✓
8  If you do, give the name and address of your attorney:
9  <u>No, I need a federal attorney due to mental health issues and problems understanding.</u>

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

13  Executed on <u>9-14-07</u>                                    <u>Robert V. Woods</u>
14               Date                                                   Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS          - 7 -