

March 26, 2008

Office of the Clerk U.S. District Court.

To whom this my concern.

Last month I contacted you to inform you of my new prison address.

'First writ of Habeas'
I gave you this case no. C07-05185CW for a writ of habeas I paid to have filed.
March 25, 2008 I received your response back. Thank you!

Second writ of Habeas
I informed you of a second writ of habeas witch I paid to have filed. Please respond back.

I lost my appeal papers when I was transfer to this prison. Because of this, I do not have the case no.

For the second writ of Habeas I need to hear back on my second writ of Habeas.

Please look up the case no. Let me know what happen.

Thank you
Robert Woods