Robert VERNON WOODS
F-32883 4A4 C-208-L
P.O. Box 1902
California Correctional Institution
TEHACHAPi, CALIF 93581

BAKERSFIELD CA 93
MOJAVE C
03 APR 2008  PM
USA 41

OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST. SUIT 400S
OAKLAND, CA 94612-5212

SENT FROM
STATE PRISON

94612+5212 0037