FILED
MAY 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

4/29/2008

To HON. CLAUDIA WILKEN

WRIT OF HABEAS CASE #07-05185cw
DATE Filed 10-10-2007

THE prison is ON LockDown Due To STAFF assault.

THERES NO access To LAW Library Due To THIS Lock-down.

WITH THAT Said.

I WISH To add NOTHing more To my WRITS OF HABEAS.

THANK you

SINCERELY
+
TRuly

ROBERT VERNON WOODS