ROBERT VERNON WOODS
F-32883  4A3  13-109-L
P.O. Box 1902
C.C.I.
TEHACHAPI, CA 93581

LEGAL MAIL

To HONORABLE Claudia Wilken

U.S. DISTRICT COURT
NORTHERN DISTRICT OF California
1301 CLAY ST. SUITE 400S
OAKLAND, CALIF 94612-5212.

BAKERSFIELD CA 933
MOJAVE CA
30 APR 2008 PM 1 L

"LET US DARE TO READ,
THINK, SPEAK
John Adams, 17
powerofthe

U.S. FIRST-CLASS FOREVER

94612+5212