WRIT OF HABEAS

CASE # 4:07-CV-05144-CW

CASE # 4:07-CV-05185-CW

May 30, 2008

To Hon. Claudia Wilken

FILED
JUN -4 2008
RICHARD W. WIEKING
NO. DISTRICT OF CALIFORNIA
OAKLAND

Please receive This letter and my Attorney's communication To me, as a offical legal request.

As you can see by my Lawyer communication to me, I am just finding out That he will offer no futher help, in answering the 'Order To Show Cause' and denying The Attorney generals allegations.

This is a new revelation to me! what ever my lawyer's efficiency in filing my writ of Habeas, He was inefficient in making me aware of where his obligaton would end and my obligation would begin. This confusion is The reason for The delay in responding to The Attorney Generals allegations. Plus the fact That the prison I am in is on a long Term emergency Lock-down, and I've had no recourse to legal library, nor The Knowledge of The nessessity To do my own research.

TruTh is I lack The necessary expertise and legal foundations, To answer The Attorney general's allegations on my own.

So I am offically requesting That The court would please appoint me counsel on the 'Order To Show Cause' for The response back To The Attorney Generals allegations.

Since This is a matter of utmost importance to my Life, I would ask The courts To please appoint me This counsel That is severly needed.

Sincerely, Robert Woods

JOSEPH SHIPP, ATTORNEY AT LAW
Post Office Box 20347
Oakland, California 94620
Telephone: (510) 530-9043

ATTORNEY-CLIENT COMMUNICATION

May 27, 2008

Robert Vernon Woods F-32883
C.C.I.
P.O. Box 1902
Tehachapi, CA 93581

Re:   *People v. Woods*
      Appeal No. H030320

Dear Mr. Woods,

    I am sorry I can't help any more on the federal habeas. I am so specialized in state appeals I am afraid I would give you wrong information. I don't have any more cases than the briefs, which the court will see along with the record anyway. If you can't get advice from someone with more federal experience, I recommend at least filing a separate "traverse/answer" for each case saying: I deny all the AG's allegations; please see the state appeal briefing; and please appoint counsel as I am in lockdown, lack expertise, and cannot adequately respond. Also, don't get your hopes up, because they almost always file an order to show cause. Well, I wish I could help more, but at least you got the forms in. I wish you good luck.

Very truly yours,

Joseph C. Shipp, Attorney at Law