EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General
JILL M. THAYER, State Bar No. 166428
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5954
 Fax:  (415) 703-1234
 Email:  Jill.Thayer@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ROBERT VERNON WOODS,**<br><br>                              Petitioner,<br><br>      v.<br><br>**FERNANDO GONZALEZ, Acting Warden,**<br><br>                              Respondent. | C 07-05185 CW (PR)<br><br>**ANSWER TO ORDER TO SHOW CAUSE** |

Respondent hereby provides this answer to the order to show cause why the petition for writ of habeas corpus should not be granted:

**CUSTODY**

Petitioner is lawfully in the custody of Fernando Gonzalez, Acting Warden of the California Correctional Institution in Tehachapi, California, as the result of a conviction in Santa Clara County Superior Court case number CC270577.  Petitioner pled guilty to possession of cocaine base (Cal. Health & Saf. Code § 11350(b)), misdemeanor being under the influence of cocaine (Cal. Health & Saf. Code § 11350(a)), and misdemeanor possession of drug

1 paraphernalia (Cal. Health & Saf. Code § 11364), and admitted having five prior strike
2 convictions. After granting and revoking probation twice, the court sentenced petitioner to 25
3 years to life in state prison.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court's ruling was contrary to, or involved an unreasonable application of, clearly established federal law, as determined by the United States Supreme Court, or was based on an unreasonable determination of the facts in light of the evidence presented in the state court proceedings. Respondent specifically denies that petitioner was deprived of due process at sentencing or that petitioner's sentence constitutes "cruel and unusual punishment" under the Eighth Amendment.

## PROCEDURAL ISSUES

Petitioner exhausted his claim in state court. His petition is timely.

## LODGED DOCUMENTS

Respondent has lodged concurrently with this answer the following exhibits: (1) the state court Clerk's Transcript; (2) the state court Reporter's Transcript; (3) Appellant's Opening Brief; (4) Respondent's Brief; (5) Appellant's Reply Brief; (6) the unpublished opinion of the California Court of Appeal, Sixth Appellate District; (7) Petition for Review; and (8) Denial of Petition for Review. Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

///
///
///
///
///
///

**CONCLUSION**

WHEREFORE, respondent respectfully submits that the petition for writ of habeas corpus should be denied.

Dated:  July 14, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General


/s/ Jill M. Thayer
JILL M. THAYER
Deputy Attorney General
Attorneys for Respondent

20119215.wpd
SF2008400949