## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Woods v. Gonzalez, Acting Warden**

No.:    **C 07-05185 CW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>July 14, 2008</u>, I served the attached

**ANSWER TO ORDER TO SHOW CAUSE**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Robert Vernon Woods
No. F-32883
California Correctional Institution
4A4 C-208-L
P.O. Box 1902
Tehachapi, CA  93581

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 14, 2008, at San Francisco, California.

|  |  |
|---|---|
| S. Agustin | /s/ S. Agustin |
| Declarant | Signature |

20119915.wpd