EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General
JILL M. THAYER, State Bar No. 166428
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5954
 Fax:  (415) 703-1234
 Email:  Jill.Thayer@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ROBERT VERNON WOODS,** | C 07-05185 CW (PR) |
| Petitioner, | **INDEX OF EXHIBITS LODGED IN SUPPORT OF ANSWER** |
| v. | |
| **FERNANDO GONZALEZ, Acting Warden,** | |
| Respondent. | |

| | |
|---|---|
| Exhibit 1 | State Court Clerk's Transcript (1 vol.) |
| Exhibit 2 | State Court Reporter's Transcript (6 vols.) |
| Exhibit 3 | Appellant's Opening Brief, No H030320 |
| Exhibit 4 | Respondent's Brief, No. H030320 |
| Exhibit 5 | Appellant's Reply Brief, No. H030320 |
| Exhibit 6 | Unpublished opinion of the California Court of Appeal, Sixth Appellate District, No. H030320 |
| Exhibit 7 | Petition for Review, No. S154787 |
| Exhibit 8 | Denial of Petition for Review, No. S154787 |

1 | Dated: July 14, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 | GREGORY A. OTT
Deputy Attorney General

8 |

9 | /s/ Jill M. Thayer
JILL M. THAYER

10 | Deputy Attorney General
Attorneys for Respondent

11 |

12 |

13 | 20119216.wpd
SF2008400949

14–28 |

Index of Exhibits                                   Woods v. Gonzalez, Acting Warden
                                                    C 07-05185 CW (PR)