IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VERNON WOODS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>THOMAS FELKER, Warden, et al.,<br><br>　　　　Respondents.　　　　　／ | No. C 07-05185 CW (PR)<br><br>ORDER ON ITS OWN MOTION GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE |

　　　Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner has not filed a traverse.

　　　Accordingly, the Court on its own motion GRANTS Petitioner an extension of time to file a traverse. Petitioner shall file a traverse by October 6, 2008. If he does not, the matter will be deemed submitted and decided on the papers.

　　　IT IS SO ORDERED.

Dated: 9/5/08

　　　　　　　　　　　　　　　　　_Claudia Wilken_____
　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT VERNON WOODS,

    Plaintiff,

v.

WARDENS CDCR et al,

    Defendant.

Case Number: CV07-05185 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jill Marietta Thayer
Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Robert Vernon Woods F-32883
California Correctional Institution
4A4 C-208-L
P.O. Box 1902
Tehachapi, CA 93581

Dated: September 5, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2